**No. 69242.**—Ardalt, Inc. *v.* United States, protests 59/24160, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 69243.**—Engis Equipment Co. et al. *v.* United States, protests 60/22103–11513, etc. (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of diamond coated files, less than 2½ inches in length, similar in all material respects to those the subject of *J. E. Bernard & Co., Inc., et al.* v. *United States* (52 Cust. Ct. 56, C.D. 2436), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 15, 1965

**No. 69244.**—Reliance Merchandise Co., Inc. *v.* United States, protest 64/4170 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of permanently fitted plastic cases the same as those involved in Abstract 64484, the claim of the plaintiff was sustained.